```
1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

6  PETER S. MODLIN , SBN 151453
   FARELLA BRAUN & MARTEL LLP
7  Russ Building, 30th Floor
   235 Montgomery Street
8  San Francisco, CA 94104
   Telephone: (415) 954-4400
9  Facsimile: (415) 954-4480

10 Attorney for Defendant
   MCDONALD'S CORPORATION
11
   KATHERINE CATLOS, Esq.
12 Lewis Brisbois Bisgaard & Smith
   One Sansome Street Suite 1400
13 San Francisco CA 94104
   Telephone: (415) 362-2580
14 Facsimile: (415) 434-0882

15 Attorney for Defendant
   MICHAEL R. ROBICK AND JULIE ROBICK
16
```

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| LARY FEEZOR, | No. CIV-S-04-2039 MCE/DAD |
|     Plaintiff, | |
|     v. | **REQUEST FOR DISMISSAL AND ORDER** |
| MCDONALD'S CORPORATION dba MCDONALD'S; and DOES 1 through 10, | |
|     Defendant. | |

1

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV. S-04-2039 MCE DAD, is hereby dismissed with prejudice.

Dated: April 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE